# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>Kevin B. Dean,<br><br>　　　　　　　Debtor | Chapter 11<br>Case No. 20-20427 |
| Kevin B. Dean,<br><br>　　　　　　　Plaintiff<br><br>　v.<br><br>Emile Clavet,<br><br>　　　　　　　Defendant | Adv. Proc. No. 21-2002 |

## ORDER DENYING REQUEST FOR STATUS CONFERENCE

The Plaintiff's request for a status conference in this adversary proceeding [Dkt. No. 15], is hereby denied. If, as the Plaintiff contends in his request, the Defendant has attempted to include materials in the summary judgment record beyond the scope set by this Court's order establishing summary judgment procedures [Dkt. No. 4], then any such materials will not be considered in determining whether there is a genuine dispute of material fact and, if not, whether either party is entitled to a judgment as a matter of law.

Having considered the parties' respective memoranda of law, the Court does not perceive that convening a hearing on the summary judgment questions would provide any significant benefit to the deliberative process. The parties have filed extensive briefs on the questions presented, and there is ample caselaw on the relevant statutes. As such, convening a hearing would not assist the Court, but would instead only serve to add delay and expense, thereby

- 2 -

undermining the "efficient and expeditious means," [Dkt. No. 15 at 1], established by the Court to determine one of the issues in the case.

Date: March 17, 2021

_____
Michael A. Fagone
United States Bankruptcy Judge
District of Maine